AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Gloria Gorham, Ashanti Gorham, Sadie Miles, Sadiesha Miles, Deniesha Lee, Lariese Miles<br><br>*Plaintiff(s)*<br>v.<br>City of New York, Police Officer John Murphy, Police Officer Dimitry Brushnivsky, Police Officer Andrew Lassen, Police Officer Fabizio, Police Officer Scalazo, Sgt. Donalloski<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 14-cv-6865<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Corporation Counsel City of New York
100 Church St
New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Law Office of Andrew Bersin
11 Peter Ave
Newburgh, New York 12550
845-527-8812 abersin@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*