D. LEE

1  grandmother is not a violent person, she is cryer.  She is
2  emotional, like she would want you to understand her, like
3  -- you get what I'm saying?  Like, she is a really sweet
4  lady and so as she was -- you know, she was talking like
5  please, Mister, like -- even though, like I said, it was a
6  nice cop that I talked to and there was just a nasty one,
7  too, he was just like not trying to hear nothing she was
8  saying, like just didn't care, like just rude, so --
9       Q.   So do you know at that point why your grandmother
10 was upset?  Was it because she fell or something else?
11      A.   No, I think it was because the cops had put his
12 hands on my aunt.
13      Q.   And your aunt being Gloria Gorham, correct?
14      A.   Yes.
15      Q.   And did you see cops putting their hands on
16 Gloria at that point?
17      A.   No, not at that point.  I'd seen them putting
18 their hands on her once I was like trying to pull Ashanti
19 because he was like on top of her, I was trying to like
20 lift her up, I'm trying to like pull her hand and another
21 officer comes behind me and he like tackled me and in the
22 process I see another officer.  That is when I see a bald
23 officer, like he just pondering (sic) my aunt, like it was
24 like a guy, I don't think I have seen a guy hit a woman
25 like that, especially a cop, like I have never seen nothing

DIAMOND REPORTING  (718) 624-7200  info@diamondreporting.com

1   like that, like he literally like hit her, like he hit her
2   and then I'm getting up off the floor, here is like another
3   cop, Amico (phonetic), he is dragging me off the floor. I
4   don't even know when he came into play, because he is not
5   the cop who like pushed me to the ground, so I don't know
6   who -- it was like a Mexican-looking cop who pushed me to
7   the ground and the crazy thing is while he's coming there,
8   to me, the one who tackled me, he is like get on the
9   ground, get on the ground. For what, what am I getting on
10  the ground for? Like, okay, I understand put your hands
11  behind your back or do whatever you got to do, but there is
12  not even a need for that, if I'm not -- what is your
13  probable cause to tell me to do anything? Put my hands
14  behind my back, get on the ground, he didn't even tell me
15  to put my hands behind my back. He just immediately told
16  me to get on the floor, tripped me on the floor, like for
17  what? I don't believe there was any justification for
18  that.
19        Q.    So okay, so you mentioned that your grandmother
20  was upset because something had happen to your aunt at the
21  time and that she was, officers put their hands on her. Do
22  you know why they did that?
23        A.    I believe that she was the one who went over
24  there when the officers were questioning Marvin Graham and
25  -- you know, she felt uncomfortable about the situation and