```
 1   approached the scene?
 2       A.    Jump out the car like they always do.
 3       Q.    The vehicle I'm talking about now.  How did the
 4   vehicle approach the scene; was it speeding, was it slow,
 5   do you recall?
 6       A.    Slow.
 7       Q.    And then the officers exited the vehicle?
 8       A.    Yes.
 9       Q.    How many officers was it?
10       A.    It was two, to the best of my knowledge, I can't
11   remember.
12       Q.    Did there come a time when you learned the names
13   of these officers?
14       A.    I forgot the name.
15       Q.    Did you ever know their names?
16       A.    I don't know.
17       Q.    Could you describe what the officers looked like?
18       A.    One was tall, six feet or more, curly hair.  The
19   other one was a little shorter than he was.
20       Q.    The tall officer, what was his complexion?
21       A.    He wasn't real white, I know that much.  He was
22   white but he wasn't real white.
23       Q.    What do you mean he wasn't real white?
24       A.    He had a color to his skin.
25       Q.    Was he Caucasian?
```

S. MILES

1   A.   Yes, I know he was.

2   Q.   The shorter individual, what was his complexion?

3   A.   The same.

4   Q.   So he was also Caucasian?

5   A.   I believe.

6   Q.   The tall officer, what was his build?

7        MR. BERSIN:  Was he skinny, husky?

8   A.   He was built.

9   Q.   And the shorter officer, what was his build?

10  A.   He wasn't built like the other one.

11  Q.   So he was smaller would you say?

12  A.   Yes.

13  Q.   What was the first thing that the officers did
14  when they exited their vehicle?

15  A.   Grab Marvin.

16  Q.   Were the officers displaying any firearms when
17  they approached?

18  A.   I didn't see any.

19  Q.   What was the first thing that happened when they
20  approached Marvin?

21  A.   Going in his pocket and asked him what was in his
22  cup.

23  Q.   Did you see the officers put their hands on his
24  pocket?

25  A.   They came and told me.  I went out the gate.  I

S. MILES

```
 1   everything went boom, I don't know.
 2       Q.    You don't know if he got a summons?
 3       A.    I don't know if he got one or not.  I can't
 4   remember.  I'm not going to say.
 5       Q.    Which two people were standing on either side of
 6   you?
 7       A.    Deniesha and Ashanti.
 8       Q.    You said that the officers then walked away, do
 9   you remember what the last thing was that they said?
10       A.    When they saw them talking, again I repeat using
11   their hands, I was in the middle of them, they were both
12   using their hands, then the officer jumped back and said
13   let's lock them up.
14       Q.    Did you take any photographs while you were
15   standing in front of the residence?
16       A.    I wish I had.  No, I didn't.
17       Q.    Prior to the officer arriving did you take any
18   photographs with your family?
19       A.    No.
20       Q.    I have to finish the question.
21             Did you take any photographs with your family
22   prior to the officers arriving in the front yard?
23       A.    I don't know.
24       Q.    When the officers said lock them up do you know
25   who they were referring to?
```

1    A.    Yes.

2    Q.    Who were they referring to?

3    A.    Deniesha and Ashanti.

4    Q.    What happened next?

5    A.    Because they couldn't understand what they were
6  saying, we were talking loud.

7    Q.    I'm asking what happened.

8    A.    So the officer jumped -- both them jumped out of
9  the car and grabbed Deniesha and Ashanti and throw Deniesha
10  and Ashanti against the fence.

11    Q.    Do you know which officer grabbed which of your
12  relatives?

13    A.    The tall one grabbed Ashanti, and the other one
14  grabbed Deniesha.

15    Q.    Where were you standing at this point?

16    A.    Standing right there with them and then I ran and
17  got Gloria.

18    Q.    Did you see them being grabbed?

19    A.    Yes, I saw them throw them on the ground.

20    Q.    Where was Gloria at this point?

21    A.    She was in the fence and I went and got her.

22    Q.    When you say "in the fence" you mean inside --

23    A.    In the yard.

24    Q.    Did you turn away at any point from what was
25  going on?

1    A.    What could I turn away from, they had my two
2  granddaughters on the ground.
3    Q.    When you went to go find Gloria how far away was
4  she from everyone else?
5    A.    Close enough to get to them cops.
6    Q.    Where exactly was she located? You said she was
7  inside the yard?
8    A.    She was on the -- my house is right here and the
9  park right here, it's a few feet.
10   Q.    She wasn't behind the house?
11   A.    No.
12   Q.    She was in the front yard?
13   A.    Yes.
14   Q.    What did you say to Gloria when you went to find
15  her?
16   A.    I said they got Ashanti on the ground, the cops
17  on top of Ashanti, and she was hollering "mama mama".
18   Q.    Who was hollering that?
19   A.    Ashanti.
20   Q.    What did Gloria say?
21   A.    She said get off my daughter.
22   Q.    What happened went she said that?
23   A.    They was on Deniesha and Sadiesha and Sadiesha
24  said get off her sister, then they grabbed Sadiesha and
25  throw Sadiesha in the car and I told them get off my

1   grandchild, my grandchild has lupus and she a kidney
2   patient, she on dialysis, they told me they didn't care and
3   then they throw me on the ground.
4   Q.   To be clear, these are the same two officers?
5   A.   Same two officers.
6   Q.   Did any other officers arrive?
7   A.   Yes, they called for backup.
8           MR. BERSIN:  Calm down.
9           THE WITNESS:  It's upsetting me.  Come on,
10      I'm a human, you treat me the way I'm treating
11      you.
12          MS. BYRNS:  I think I'm treating you
13      perfectly well.
14          THE WITNESS:  I'm not talking about you.
15          MS. BYRNS:  Do you want to take a break?
16          THE WITNESS:  No.
17  A.   Throw Sadiesha against the car, I told them get
18  off her, she sick, she on dialysis and she has lupus, she
19  can barely walk, they told me they didn't care, and when I
20  was trying to get them off her they pushed me down and the
21  sergeant came and made them pick me up.
22  Q.   You said that several other officers responded?
23  A.   Yes.  A lot of them.
24  Q.   So about how long did it take for the other
25  officers to arrive?