```
 1                    J. MURPHY
 2     margarita can in this hand and I asked the
 3     individual for his ID.
 4          Q.    At that time, it was just
 5     Mr. Graham and you and Officer Scalzo?
 6          A.    Yes.
 7          Q.    Did there come a point in time
 8     when other individuals arrived at your
 9     location?
10          A.    Yes.
11          Q.    About how long would it have
12     been from when you asked him for his
13     identification to when these other
14     individuals approached?
15          A.    Anywhere between 30 seconds
16     until a minute.
17          Q.    And were you able to ascertain
18     where these individuals were coming from as
19     they approached you?
20          A.    No, I don't recall at the time.
21     My concern was with the individual.  I
22     don't recall where they came from, no.
23          Q.    Did Mr. Graham comply with your
24     directive?
25          A.    He was about to until the
```

```
 1                    J. MURPHY
 2        Murphy.
 3        Q.    How did you get out of the car?
 4   Did you get out slowly, jump out of the
 5   car?  How did you get out?
 6        A.    I got out slowly.
 7        Q.    And when you pulled your
 8   vehicle to a halt and you got out, what, if
 9   anything, did you observe Mr. Graham do?
10        A.    Still talking on his phone.
11        Q.    And you were in uniform, right?
12        A.    Yes.
13        Q.    And Mr. Graham still had the
14   phone in his left hand and he had the
15   container in his right?
16              MS. BYRNS:  Objection.
17        A.    I don't recall what hand he had
18   each object in, but yes, he did have a cell
19   phone in one hand and the can in the other.
20        Q.    And what, if anything, did you
21   do when you got out of the car?
22        A.    I had asked the individual if
23   he would please get off his phone and I
24   asked him what he had in his hand and he
25   stated to me that he had a Bud Light
```

```
 1                    J. MURPHY
 2        A.    We observed that when the two
 3   individuals were fighting, that an elderly
 4   woman had tried to break it up herself and
 5   she had gotten hit to the floor, to the
 6   ground.
 7        Q.    You saw an elderly woman there?
 8        A.    Yes.
 9        Q.    When for the first time did you
10   see the elderly woman?
11        A.    She had came up to myself and
12   my sergeant at the time that I was writing
13   defendant Graham a summons.
14        Q.    So at some point in time this
15   elderly woman had come to where you were
16   engaged in issuing the summons to Graham?
17        A.    Yes.
18        Q.    So it was three women and then
19   she came?
20        A.    At a later time, yes.
21        Q.    So it was four?
22        A.    At the time, yes.
23        Q.    Did you later learn her name?
24        A.    No.
25        Q.    What, if anything, did she say
```

```
 1                    J. MURPHY
 2   were you still engaged in conversations
 3   with Sergeant Brushnivsky?
 4        A.   Yes, we were still outside of
 5   our patrol cars, yes.
 6        Q.   And what, if anything, did you
 7   do after that period of time that you
 8   described?  What actions did you take, if
 9   any?
10        A.   We had approached the group.
11        Q.   So you walked in the direction
12   of where the women were engaged in this
13   fight?
14        A.   Yes.
15        Q.   And what was your intent as you
16   walked towards the fighting women?
17             MS. BYRNS:  Objection.
18        A.   To break up the fight.
19        Q.   And who was with you when you
20   approached these women?
21        A.   Me, Officer Murphy, Officer
22   Scalzo, my sergeant, and his driver.
23        Q.   And as you approached, what, if
24   anything, did you observe further between
25   the women fighting?
```

```
 1                    J. MURPHY
 2    when she came up to the group that you
 3    described?
 4         A.    She was just asking us exactly
 5    what had happened to defendant Graham and I
 6    had explained it and she had told the women
 7    that were getting in between us exactly
 8    what the officers were doing and that to
 9    let them do their job.
10         Q.    And what, if anything, did they
11    say to her?
12         A.    That, I don't recall.
13         Q.    And after she said that to you
14    is when they turned and walked away?
15         A.    I had issued him the summons
16    and they all proceeded to walk toward the
17    location of 138 Holland.
18         Q.    And you indicated at some point
19    in time she got knocked to the ground by
20    one of those women or both of these women?
21              MS. BYRNS:  Objection.
22         A.    Yes.
23         Q.    Do you recall which woman
24    knocked her to the ground?
25         A.    No, I don't recall.
```

```
 1                    J. MURPHY
 2        A.    I had grabbed her by the leg.
 3        Q.    Do you recall which leg or not?
 4        A.    No, I don't recall.
 5        Q.    And you grabbed her by the leg.
 6   Did you grab her by the ankle or grabbed
 7   her by the leg?
 8        A.    I believe I grabbed her by the
 9   ankle.
10        Q.    And when you grabbed her by the
11   ankle, did she say anything or do anything
12   when you grabbed her by the ankle?
13        A.    There was so much screaming
14   that I couldn't recall that.
15        Q.    And after you grabbed her by
16   the ankle, what did you do with her?
17        A.    I had dragged her about five
18   feet to get her out of the pile and I had
19   placed cuffs on her and sat her down Indian
20   style on the lawn away from the group.
21        Q.    In Plaintiffs' Exhibit 11, when
22   you took her away from the group and sat
23   her down, was it near that white fence?
24              MS. BYRNS:    Objection.
25        A.    No.
```