**RE: Tomorrow**

**From:** Byrns, Katherine (Law) (Law) <kbyrns@law.nyc.gov>
**To:** abersin <abersin@aol.com>
**Date:** Wed, Jun 8, 2016 5:04 am

Yes, that works for me. Certainly, that is not what I intended by Point III. As you state, I was referring to the injuries that are not referenced in the medical records produced. I will be sure to make that clear during any oral arguments on the issue.

Speak with you tomorrow,
Katherine

---

**From:** abersin@aol.com [abersin@aol.com]
**Sent:** Tuesday, June 07, 2016 9:53 PM
**To:** Byrns, Katherine (Law)
**Subject:** Re: Tomorrow

ok. I'd like to speak to you re motion in liimine.  The only issue is point 3. The way point 3 is argued it seems as if you don't have any medical records which of course isn't the case. I just want to clarify for my response.  To  limit the mentioning of injuries to each of the plaintiffs  to those injuries  that are delineated in the records you have.   I  can call you at 2 oclock  to discuss