AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| GLORIA GORHAM ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 14-cv-6865 (LDH) |
| CITY OF NEW YORK ET AL ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: The Court finds in favor of defendants on all claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☒ tried by Judge  LaShann DeArcy Hall  without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 8/18/17

CLERK OF COURT

*[signature]*
Signature of Clerk or Deputy Clerk